UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD RAY BOWMAN                                   Chapter 13
VIRGINIA M. BOWMAN

            Debtor                  Bankruptcy No. 14-17610-AMC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this __20th__ day of __March__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-

Debtor:
DONALD RAY BOWMAN
VIRGINIA M. BOWMAN
6 CLARENDON DRIVE

LANCASTER, PA 17603