United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Donald Ray Bowman
Virginia M. Bowman
    Debtors

Case No. 14-17610-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 2     Date Rcvd: Mar 21, 2019
                     Form ID: pdf900     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.

```
db/jdb         +Donald Ray Bowman,    Virginia M. Bowman,    6 Clarendon Drive,    Lancaster, PA 17603-9596
13390887       +American Express,    PO Box 1270,    Newark, NJ 07101-1270
13469403        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13483265        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
13390889       +Belco Community Credit Union,    201 Good Drive,    Lancaster, PA 17603-2399
13419377       +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13390890       +Lancaster County Treasurer,    150 North Queen Street,    PO Box 1447,    Lancaster, PA 17608-1447
13390891        Lancaster Pet Partnership,    PO Box 3223,    Lancaster, PA 17604-3223
13390884       +Michael D. Hess,    Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13408618       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
13390892       +PNC Bank,    PO Box 747032,    Pittsburgh, PA 15274-7032
14241221       +PNC Bank National Association,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
13488118       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13390893        PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
13390894        School District of Lancaster,    PO Box 4546,    Lancaster, PA 17604-4546
13390895       +Udren Law Office,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Mar 22 2019 03:01:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13390888       +E-mail/Text: info@aal.bz Mar 22 2019 03:01:53     Anesthesia Associates of Lancaster, LTD.,
                 133 East Frederick Street,    Lancaster, PA 17602-2222
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13390886*      +Donald Ray Bowman,    6 Clarendon Drive,    Lancaster, PA 17603-9596
13390885*      +Virginia M. Bowman,    6 Clarendon Drive,    Lancaster, PA 17603-9596
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:

```
         KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
         MICHAEL D. HESS   on behalf of Joint Debtor Virginia M. Bowman amburke7@yahoo.com
         MICHAEL D. HESS   on behalf of Debtor Donald Ray Bowman amburke7@yahoo.com
         NICOLE B. LABLETTA   on behalf of Creditor   PNC Bank, National Association
          nlabletta@pincuslaw.com,   vbarber@pincuslaw.com
         NICOLE B. LABLETTA   on behalf of Creditor   PNC BANK, N.A. nlabletta@pincuslaw.com,
          vbarber@pincuslaw.com
         SHERRI J. SMITH   on behalf of Creditor   PNC BANK, N.A. sherri.braunstein@phelanhallinan.com,
          pa.bkecf@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2              Date Rcvd: Mar 21, 2019
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DONALD RAY BOWMAN                    Chapter 13
VIRGINIA M. BOWMAN

        Debtor            Bankruptcy No. 14-17610-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this __20th__ day of __March__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-


Debtor:
DONALD RAY BOWMAN
VIRGINIA M. BOWMAN
6 CLARENDON DRIVE

LANCASTER, PA 17603